[No. 18410-9-II.   Division Two.   March 29, 1996.]

MICHAEL J. MAJOR, ET AL., *Appellants*, v. PORT
TOWNSEND SCHOOL DISTRICT, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 93-2-00368-3, William E. Howard, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 18504-7-II.   Division Two.   March 29, 1996.]

RICHARD SCOTT, *Appellant*, v. PEARL GOLDMAN,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-08053-8, Karen L. Strombom, J., entered September 23, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ. Now published at 82 Wn. App. 1.

[No. 18798-1-II.   Division Two.   March 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
EARL DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01777-4, Karen L. Strombom, J., entered November 1, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Fleisher and Haberly, JJ. Pro Tem.